# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

BETH MCGILL, et al.
_____
Plaintiff(s),

v.                                          Case No.    3:19-CV-00922
                                                    _____

NASHVILLE TENNESSEE VENTURES, INC., et al.
_____
Defendant(s),

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests.)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02,   NASHVILLE TENNESSEE VENTURES, INC.
                                              _____

makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information.**
**Attach separate pages as necessary to fully provide required information.**

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations.

> If yes, identify **on attached page(s)** all parent corporations, including grandparent and
> great-grandparent corporations.

☐   Ten percent or more of the stock of this party is owned by a publicly held corporation or
    other publicly held corporation or other publicly held entity.

> If yes, identify **on attached page(s)** all such owners.

☐   This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state
> of citizenship. If any member is other than an individual person, the required
> information identifying ownership interests and citizenship for each sub-member must
> be provided as well. *See Delay v. Rosenthal Collins, Grp.,* LLC, 585 F.3d 1003 (6th
> Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: Mar 6, 2020

Signature: s/ Mark A. Baugh

Printed Name: Mark A. Baugh

Title: Attorney for Defendants

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

1.     Nashville Tennessee Ventures, Inc. is a privately-held corporation.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2020, a copy of the foregoing Business Entity Disclosure was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:


J. Russ Bryant, BPR No. 33830
Robert E. Turner, IV, BPR No. 35364
Nathaniel A. Bishop, BPR No. 35944
Robert E. Morelli, III, BPR No. 37004
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, TN 38018

Nina Parsley, BPR No. 23818
PONCE LAW
400 Professional Park Drive
Goodlettsville, TN 37072


s/ Mark A. Baugh
Mark A. Baugh